NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re:  NITRO FLUIDS L.L.C.,**
*Petitioner*

---

2021-130

---

On Petition for Writ of Mandamus to the United States District Court for the Western District of Texas in No. 6:20-cv-00125-ADA, Judge Alan D. Albright.

---

**ON PETITION**

---

Before REYNA, WALLACH, and CHEN, *Circuit Judges.*

REYNA, *Circuit Judge.*

# ORDER

Upon consideration of Nitro Fluids, L.L.C.'s notice that the United States District Court for the Western District of Texas has granted Nitro's motion to transfer this case to the United States District Court for the Southern District of Texas,

IT IS ORDERED THAT:

Nitro's petition for a writ of mandamus is denied as moot.

2                                                    IN RE: NITRO FLUIDS L.L.C.


FOR THE COURT

March 29, 2021          /s/ Peter R. Marksteiner
Date                    Peter R. Marksteiner
                        Clerk of Court

s32